KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

WILLIAM C. MARTIN (ILBN 6272668)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7220
   Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-00188-SI |
| ) Plaintiff, ) | |
| ) | **PETITION FOR WRIT OF HABEAS** |
| v. ) | **CORPUS AD PROSEQUENDUM** |
| ) | |
| ISAAC NICHOLAS GARCIA, ) | |
| ) | |
| Defendant. ) | |

To the Honorable Susan Illston, United States Judge for the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner ISAAC NICHOLAS GARCIA.

//

//

//

//

//

//

//

1  The prisoner is required as the defendant in this matter before this Court.  His place of custody
2  and jailor are set forth in the following writ.
3
4  DATED: April 6, 2006                    Respectfully submitted,
5                                          KEVIN V. RYAN
                                           United States Attorney
6
7
                                                    /s/
8                                          WILLIAM C. MARTIN
                                           Assistant United States Attorney
9
10
11 IT IS SO ORDERED.
12
13 DATE:  4/10/06
                                           _____
14                                         HON. SUSAN ILLSTON
                                           United States Magistrate Judge

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-06-00188-SI                         2