| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | WILLIAM C. MARTIN (ILBN 6272668)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 436-7220 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-00188-SI |
| Plaintiff, | ) | |
| | ) | **PETITION FOR WRIT OF HABEAS** |
| v. | ) | **CORPUS AD PROSEQUENDUM** |
| | ) | |
| ISAAC NICHOLAS GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

To the Honorable Susan Illston, United States Judge for the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner ISAAC NICHOLAS GARCIA.

//

//

//

//

//

//

//

1  The prisoner is required as the defendant in this matter before this Court. His place of custody
2  and jailor are set forth in the following writ.
3
4  DATED: April 13, 2006                    Respectfully submitted,
5                                           KEVIN V. RYAN
                                            United States Attorney
6
7
                                            _____/s/_____
8                                           WILLIAM C. MARTIN
                                            Assistant United States Attorney
9
10
11 IT IS SO ORDERED.
12
13 DATE: _____
                                            HON. SUSAN ILLSTON
14                                          United States District Court Judge
15
...
28 PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
   No. CR-06-00188-SI                       2