KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

WILLIAM C. MARTIN (ILBN 6272668)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7220
    Facsimile: (415) 436-7234
    Email: william.c.martin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 06-00188 SI |
|     Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME** |
|    v. ) | |
| ISAAC NICHOLAS GARCIA, ) | |
|     Defendant. ) | |

      The above-captioned matter came before the Court on May 12, 2006 for an initial appearance.  The defendant was represented by David W. Fermino and the government was represented by William C. Martin, Assistant United States Attorney.  This case was then continued until May 26, 2006, at 11:00 A.M. for status and the possible setting of a motion schedule or trial date.

      The Court made a finding on the record that the time from and including May 12 through and including May 26, 2006, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-00188 SI

1  interest of the public and the defendant in a speedy trial.  That finding was based on the need for
2  the defendant to have reasonable time necessary for effective preparation, taking into account the
3  exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C.
4  § 3161(h)(8)(B)(iv).
5       The parties hereby agree to and request that the case be continued until May 26, 2006,
6  and that the exclusion of time until then be granted.  The parties agree and stipulate that the
7  additional time is appropriate and necessary under Title 18, United States Code, Section
8  3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest
9  of the public and the defendant in a speedy trial.  This time exclusion will allow defense counsel
10 to effectively prepare, taking into account the exercise of due diligence, and will provide for
11 continuity of counsel for the defendant.

14 DATED: 5/12/06                    /s/
                                    DAVID FERMINO
15                                  Attorney for Defendant

17 DATED: 5/12/06                    /s/
                                    WILLIAM C. MARTIN
18                                  Assistant U.S. Attorney

19 So ordered.
20 DATED:                            [signature]
21                                  SUSAN ILLSTON
                                    UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-00188 SI                        2